UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUSTIN ANDREW SARNOWSKI,

Defendant.

Case No. 2:26-cr-2

Hon. Hala Y. Jarbou
Chief U.S. District Judge

_____/

## ORDER FOR DETENTION

Defendant Sarnowski appeared before the undersigned for an arraignment on February 26, 2026.  For reasons stated on the record, Defense counsel reserved the issue of detention in this case and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.


Dated:  February 27, 2026          /s/ *Maarten Vermaat*

MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE